BEATRICE ALLEN, an Infant over Fourteen Years of Age, by ARTHUR KLINGSMITH, Her Guardian ad Litem, Respondent, v. JOHN CARLIN ALLEN, Appellant. — Interlocutory judgment in action for an absolute divorce unanimously affirmed,

with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.